AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Faulkner Literary Rights, LLC <br><br> *Plaintiff(s)* <br> v. <br> Sony Pictures Classics, Inc. and John Doe Persons or Entities 1-100 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:12cv100-M-A |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Pictures Classics, Inc.
Registered Agent: National Registered Agents, Inc.
111 Eighth Avenue
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Cal Mayo, Jr.
Mayo Mallette, PLLC
P.O. Box 1456
Oxford, Mississippi 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
CLERK OF COURT

Date: 10/25/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| Faulkner Literary Rights, LLC ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:12CV100-M-A |
| Sony Pictures Classics, Inc., and John Doe Persons ) or Entities 1-100 ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sony Pictures Classics, Inc.
c/o Michael Barker
10202 W. Washington Blvd., Spp 1132
Culver City, California 90232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Cal Mayo, Jr.
Mayo Mallette, PLLC
P.O. Box 1456
Oxford, Mississippi 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
CLERK OF COURT

Date: 10/25/12

_____
*Signature of Clerk or Deputy Clerk*