UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

------------------------------------------------------------ X

FAULKNER LITERARY RIGHTS, LLC, :

         Plaintiff, :

      -against- :

SONY PICTURES CLASSICS INC., and :
JOHN DOE PERSONS OR ENTITIES 1-100,
          :
         Defendants.
          :

          :

          :

------------------------------------------------------------ X

Civil Action No. 3:12-CIV-100-M-A

Mills, C.J.

**NOTICE OF CONVENTIONAL FILING BY SONY PICTURES CLASSICS INC.**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

     PLEASE TAKE NOTICE that the following documents cannot be filed electronically, and will be manually filed and served on counsel for Plaintiff Faulkner Literary Rights, LLC:

- A DVD containing a true and correct copy of the film *Midnight in Paris*, written and directed by Woody Allen, Exhibit A to the Declaration of Christian D. Carbone, filed concurrently.

- A true and correct copy of the novel *Requiem for a Nun* by William Faulkner, Exhibit B to the Declaration of Christian D. Carbone, filed concurrently.

Dated: New York, New York
       December 18, 2012

                                            LOEB & LOEB LLP

                                            By: /s/ *Christian D. Carbone*
                                                 Christian D. Carbone
                                                 Tom Nolan
                                                 345 Park Avenue
                                                 New York, New York 10154-1895
                                                 (212) 407-4000

                                            Attorneys for Defendant Sony Pictures Classics Inc.

Dated: Ridgeland, Mississippi
       December 18, 2012

                                            BUTLER, SNOW, O'MARA, STEVENS &
                                                 CANNADA, PLLC

                                            By: /s/ *Paul S. Rosenblatt*
                                                 Anita Modak-Truran (MSB# 99442)
                                                 Paul S. Rosenblatt (MSB#104223)
                                                 1020 Highland Colony Parkway
                                                 Ridgeland, Mississippi 39157
                                                 (601) 948-5711345

                                            Attorneys for Defendant Sony Pictures Classics Inc.

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendant Sony Pictures Classics Inc. does hereby certify that he has this day served a true and correct copy of the above and foregoing document by via the Court's Electronic Case Filing System which sent notification to the following:

>J. Cal Mayo
>Pope S. Mallette
>Paul B. Watkins
>Mayo Mallette PLLC
>5 University Office Park
>2094 Old Taylor Road
>Post Office Box 1456
>Oxford, MS 38655
>
>ATTORNEYS FOR PLAINTIFF

SO CERTIFIED, this the 18th day of December, 2012.

>*s/Paul S. Rosenblatt*
>PAUL S. ROSENBLATT

ButlerSnow 14855819v1