UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| Faulkner Literary Rights, LLC | PLAINTIFF |
| versus | CIVIL ACTION NO.3:12cv100-MPM-JMV |
| Sony Pictures Classics, Inc. | DEFENDANT |

**CLERK'S ORDER TO SHOW CAUSE**

By Standing Order entered October 1, 2005, the judges of the United States District Court for the Northern District of Mississippi directed that effective January 1, 2006, all cases, motions, memoranda of law, and other pleadings filed with the court be filed through the court's Electronic Case Filing (ECF) System.

It appears from the court's electronic case files that Christian Dominic Carbone and Thomas Dennis Nolan, counsel of record for Defendant, have failed to conform with or abide the court's order mandating electronic case filings and servings.

ORDERED, Christian Dominic Carbone and Thomas Dennis Nolan are granted twenty (20) days to either register for the court's ECF System or to show cause, if any he/she can, why he/she should not be required to register for the court's ECF System and thereafter to file and serve all pleadings and other case-related documents electronically.

FURTHER ORDERED, if Christian Dominic Carbone and Thomas Dennis Nolan fail to register or to show cause, or if the showing is deemed insufficient to justify an exception to the court's order mandating use of the ECF system, then attorneys Carbone and Nolan shall be prohibited from filing and serving pleadings and other case-related documents in this action.

ORDERED, this 9th day of January, 2013.

David Crews, Clerk of Court

/s/ J. Mauney
Deputy Clerk/Case Manager