# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SONY PICTURES CLASSICS INC." AS FILED IN THIS OFFICE.

2287943  8200

130066173

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0154454

DATE: 01-18-13

EXHIBIT "A"

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| SONY PICTURES CLASSICS INC. | 2011 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 2287943 | 1992/02/12 | | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 10202 W. Washington Blvd., SPP 1 132 | 310/244-7195 |
| Culver City CA 90232 United States | |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| NATIONAL REGISTERED AGENTS, INC. | 9216365 |
| 160 GREENTREE DRIVE SUITE 101 | |
| DOVER              DE 19904 | |

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1992/02/12 | | COMMON | 1,000 | |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| Steven Gofman | | | |
| | 10202 W. Washington Blvd., SPP 1 132 | | Assistant Secretary |
| | Culver City CA 90232 United States | | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| John Fukunaga | | |
| 10202 W. Washington Blvd., SPP 1132 Culver City CA 90232 United States | | |
| Leah Weil | | |
| 10202 W. Washington Blvd., SPP 1132 Culver City CA 90232 United States | | |
| David Hendler | | |
| 10202 W. Washington Blvd., SPP 1132 Culver City CA 90232 United States | | |

===================================================

**Total number of directors:3**

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| Steven Gofman | | |
| 10202 W. Washington Blvd., SPP 1 132 | 2012-02-21 | Assistant Secretary |
| Culver City CA 90232 United States | | |