# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through January 16, 2013.

Selected Entity Name: SONY PICTURES CLASSICS INC.
Selected Entity Status Information

**Current Entity Name:** SONY PICTURES CLASSICS INC.
**DOS ID #:** 1617594
**Initial DOS Filing Date:** MARCH 03, 1992
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SONY PICTURES CLASSICS INC.
10202 W. WASHINGTON BLVD
SPP 1132
CULVER CITY, CALIFORNIA, 90232

**Chairman or Chief Executive Officer**
MICHAEL BARKER
10202 W. WASHINGTON BLVD
SPP 1132
CULVER CITY, CALIFORNIA, 90232

**Principal Executive Office**
SONY PICTURES CLASSICS INC.
10202 W. WASHINGTON BLVD
SPP 1132R
CULVER CITY, CALIFORNIA, 90232

**Registered Agent**
NATIONAL REGISTERED AGENTS, INC.

EXHIBIT "B"

111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

This office does not record information regarding the
names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include the
name(s) and address(es) of the initial officers, directors,
and shareholders in the initial certificate of incorporation,
however this information is not recorded and only
available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 03, 1992 | Actual | SONY PICTURES CLASSICS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us