# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**FAULKNER LITERARY RIGHTS, LLC**                                    **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 3:12-CIV-100-M-A**

**SONY PICTURES CLASSICS INC.**
**and JOHN DOE PERSONS OR**
**ENTITIES 1-100**                                                **DEFENDANTS**

## DEFENDANT SONY PICTURES CLASSICS INC.'S
## AGREED MOTION TO RESET
## CASE MANAGEMENT CONFERENCE

Defendant Sony Pictures Classics Inc. ("Sony Classics") moves to reset the telephonic case management conference set from March 20, 2013, to April 2, 2013. In support of this motion, Sony Classics states:

1. Magistrate Judge Virden set the above-referenced matter for a telephonic case management conference on March 20, 2013, at 2:00 p.m.

2. Anita Modak-Truran, local counsel for Sony Classics, will be out of the country on a vacation planned for over one year.

3. During the attorney conference held on February 21, 2013, at the office of the plaintiff's counsel in Oxford, MS, Cal Mayo agreed to Sony Classic's request to reset the telephonic case management conference to early April.

4. On March 1, 2013, the undersigned spoke with Judge Virden's staff on the scheduling conflict. A review of the court's docket shows that April 2, 2013, is open at this time.

5. This motion is made without prejudice to any of the parties.

WHEREFORE, PREMISES CONSIDERED, Sony Classics requests that this Court grant this agreed motion and reset the telephonic case management conference to April 2, 2013.

                         BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

                         By: */s/ Anita Modak-Truran*
                              Anita Modak-Truran (MSB# 99442)

                              One of the Attorneys for Defendant Sony Pictures Classic Inc.

OF COUNSEL

Christian D. Carbone, Esq. (Pro hace vice)
Tom Nolan, Esq. (Pro hace vice)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Anita Modak-Truran, Esq.
Paul Rosenblatt, Esq.
BUTLER, SNOW, O'MARA, STEVENS
    & CANNADA, PLLC
1020 Highland Colony Parkway
Ridgeland, Mississippi 39157
(601) 948-5711

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant Sony Pictures Classics Inc. does hereby certify that she has this day served a true and correct copy of the above and foregoing document by via the Court's Electronic Case Filing System which sent notification to the following:

J. Cal Mayo
Pope S. Mallette
Paul B. Watkins
Mayo Mallette PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, MS 38655

ATTORNEYS FOR PLAINTIFF

SO CERTIFIED, this the 1st day of March 2013.

/s/Anita Modak-Truran
ANITA MODAK-TRURAN

ButlerSnow 15594303v1