**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**FAULKNER LITERARY RIGHTS, LLC**                    **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:12-CIV-100-M-A**

**SONY PICTURES CLASSICS INC.**
**And JOHN DOE PERSONS OR**
**ENTITIES 1-100**                                   **DEFENDANTS**


## NOTICE OF SERVICE

I, Anita Modak-Truran, one of the attorneys for Sony Pictures Classics Inc.

("Sony Classics") hereby give notice of the service of Sony Classic's Initial

Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) on March 26, 2013

to all counsel of record at their usual business address by United States mail, postage

prepaid and by e-mail:

Dated, this the 26th day of March, 2013.


Dated:  New York, New York
March 26, 2013

                  LOEB & LOEB LLP


                  By:  */s/ Christian D. Carbone*
                     Christian D. Carbone
                     Tom Nolan
                     345 Park Avenue
                     New York, New York 10154-1895
                     (212) 407-4000

Attorneys for Defendant Sony Pictures
Classics Inc.

Dated:  Ridgeland, Mississippi
       March 26, 2013

BUTLER, SNOW, O'MARA, STEVENS &
    CANNADA, PLLC
By:  */s/ Paul S. Rosenblatt*
   Anita Modak-Truran (MSB# 99442)
   Paul S. Rosenblatt (MSB # 104223
   1020 Highland Colony Parkway
   Ridgeland, Mississippi 39157
   (601) 948-5711345

Attorneys for Defendant Sony Pictures
Classics Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, one of the attorneys for Defendant Sony Pictures Classics Inc. does hereby certify that she has this day filed with the Court's ECF system a true and correct copy of the foregoing document and that a copy of same will be electronically delivered to the following:

J. Cal Mayo
Pope S. Mallette
Paul B. Watkins
Mayo Mallette PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, MS 38655


ATTORNEYS FOR PLAINTIFF

SO CERTIFIED, this the 26th day of March, 2013.

*s/Paul S. Rosenblatt*
PAUL S. ROSENBLATT

ButlerSnow 15868198v1