## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

### CIVIL  MINUTES

**CASE NO.   3:12cv100-M-V**                    **PLACE HELD - Telephonic**

**FAULKNER LITERARY RIGHTS v. SONY PICTURES**

**DATE & TIME BEGAN/ENDED:  4/2/2013  @  11:30 - 11:50 a.m.**

**TOTAL TIME -  20 Minutes**

**PRESENT:  Honorable Jane M. Virden, Magistrate Judge**

**Attorney for Plaintiff(s):**          **Attorney for defendant(s):**
Cal Mayo                               Chris Carbone
Paul Watkins                           Tom Logan
                                       Anita Logan
                                       Paul Rosenblatt

**PROCEEDINGS:  Telephonic Case Management Conference**

**MINUTE ENTRY:**  Conference held.  Jury trial; estimated length of trial three (3) days.  Case Management Order to be entered.

**DAVID CREWS, CLERK**

By:  /s/ Dean Dacus
Courtroom Deputy