*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

FAULKNER LITERARY RIGHTS, LLC.

VS.                             CIVIL ACTION NO. 3:12CV100-MPM-JMV

SONY PICTURES CLASSICS, INC.

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
**UNITED STATES FEDERAL BUILDING**
911 Jackson Avenue
OXFORD, MISSISSIPPI 38655

**Room No.**
**COURTROOM 1 - FIRST FLOOR**

**Date and Time**
**MONDAY, APRIL 7, 2014, 9:40 AM**

**Type of Proceeding**
**MVD/ JURY TRIAL SET BEFORE CHIEF U.S. DISTRICT JUDGE MICHAEL P. MILLS.**
**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.**
**YOU SHALL BE PREPARED FOR TRIAL ON THE ABOVE DATE**
**AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

DAVID CREWS, Clerk of Court

   /s/Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy

Date: April 16, 2013

To:     J. Cal Mayo , Jr.      (electronic notice only)

       Paul Bowie Watkins , Jr.   (electronic notice only)

       Pope S. Mallette   (electronic notice only)

       Christian Dominic Carbone   (electronic notice only)

       Thomas Dennis Nolan   (electronic notice only)

       Anita K. Modak-Truran   (electronic notice only)

       Paul S. Rosenblatt   (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or by email Sallie_Wilkerson@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS.**