## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**FAULKNER LITERARY RIGHTS, LLC**                                    **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:12-CIV-100-M-A**

**SONY PICTURES CLASSICS INC.**
**And JOHN DOE PERSONS OR**
**ENTITIES 1-100**                                       **DEFENDANTS**

### ORDER DENYING JOINT MOTION FOR STAY PENDING
### THE COURT'S RULING ON PENDING MOTIONS

Now before the Court is the joint motion [37] by Plaintiff Faulkner Literary

Rights, LLC ("Plaintiff") and Defendant Sony Pictures Classics Inc. ("Sony

Classics") to stay this matter pending the Court's ruling on two motions:  Sony

Classics' Motion to Dismiss for Failure to State a Claim (Dkt. No. 11) and Sony

Classics' Motion to Transfer Venue (Dkt. No. 13) (collectively, the "Pending

Motions").  In view of the current trial setting for this case, April 7, 2014, the Court

finds it is not feasible to stay these proceedings.  Additionally, the court believes that

no party will suffer substantial prejudice if this case is allowed to proceed.

Nevertheless, the court finds that in the interest of the parties, the scheduling order

deadlines should be extended.

THEREFORE, IT IS ORDERED:

1.  That the parties' joint motion for a stay is DENIED.

2.  That the scheduling order deadlines are amended as follows:

     a.  Joinder of parties and amendment of pleadings – 7/31/13

     b.  Plaintiff's designation of experts – 9/2/13

     c.  Defendants' designation of experts – 10/2/13

     d.  Discovery – 12/2/13

     e.  *Daubert* and dispositive motions – 12/18/13

This 31st day of May, 2013.


/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE